## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JERRY WRONE WALKER,           *
ADC #124248,                  *
                              *
            Petitioner,       *
v.                            *           No. 4:25-cv-00124-JJV
                              *
DEXTER PAYNE, Director,        *
Arkansas Division of Correction, *
                              *
            Respondent.        *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 21st day of July 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE